IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | JOINT POSITION STATEMENT |
| | ) | |
| DEMONTRA GLENN, | ) | Docket No. 3:16-cr-262 |
| Defendant. | ) | |

NOW COMES the United States, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and Defendant, by and through the undersigned counsel, JP Davis, and hereby submits the following joint position statement in support of an agreed-upon sentencing recommendation in which Defendant, after admitting to each of the petitioned violations, agrees to serve a sentence of 24 months' imprisonment, followed by an additional one-year term of supervised release.

**Defendant's Anticipated Admission to the Violations**

Defendant will admit to each of the four violations outlined in the United States Probation Office petition ("USPO petition") filed with the Court as Document 34 on June 6, 2025. Specifically, Defendant will admit to Violation 1 (a new law violation for Possession with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. 841(a)); Violation 2 (a new law violation for Possession of a Firearm by a Convicted Felon in violation of 18 U.S.C. 922(g)); Violation 3 (possession of drug paraphernalia in violation of the terms of his supervision); and Violation 4 (drug use in violation of the terms of his supervision). Defendant will not dispute the factual allegations outlined in the USPO petition; and the parties agree the facts outlined in the petition constitute sufficient evidence to prove each of the four violations.

## Joint Recommendation as to Sentencing

Based on Defendant's admission to each of the four violations in the USPO petition, the United States and Defendant will agree to a joint recommendation for sentencing, which is, as follows:

1. The parties agree to recommend that Defendant will serve a 24-month sentence of imprisonment for the violations, the statutory maximum allowed.

2. The parties agree to recommend that Defendant will be placed on a new term of supervised release for one year, following his sentence of imprisonment.

3. The United States Attorney's Office for the Western District of North Carolina agrees that it will <u>not</u> prosecute Mr. Glenn for the gun and drug crimes based on the specific facts outlined in the USPO petition filed in this matter on June 6, 2025.

The parties respectfully ask this Court to accept its recommended sentence at the supervised release hearing scheduled for October 2, 2025.

Respectfully submitted, this the 24th day of September, 2025.

| | |
|---|---|
| RUSS FERGUSON<br>UNITED STATES ATTORNEY<br>s/ William T. Bozin<br>William T. Bozin<br>NC Bar Number: 41118<br>Assistant United States Attorney<br>United States Attorney's Office - WDNC<br>227 West Trade Street, Suite 1650<br>Charlotte, North Carolina 28202<br>E-mail: william.bozin@usdoj.gov | s/ John Parke Davis<br>John Parke Davis<br>N.C. Bar No. 34427<br>Federal Public Defender<br>Western District of North Carolina<br>129 West Trade Street, Suite 300<br>Charlotte, NC 28202<br>(704) 374-0720<br>(704) 374-0722 Fax<br>jp_davis@fd.org<br>*Attorney for Johnathan Trent Thomas* |